James TEAGUE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 64546.

Missouri Court of Appeals, Western District.

March 21, 2006.

Sarah W. Patel, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before: LOWENSTEIN, P.J., ELLIS and NEWTON, JJ.

### ORDER

PER CURIAM.

James Teague pled guilty to felony non-support, Section 568.040, RSMo 2000. Teague appeals from the denial of his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. Teague asserts that the trial court clearly erred in denying his motion because the failure of his plea counsel to investigate a possible

defense constituted ineffective assistance of trial counsel. Affirmed. Rule 84.16(b).